# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0011.  CORKER v. THE STATE.**

    **Yusuf Corker has filed a Motion for Extension of Time to File Application Discretionary Appeal in this Court pursuant to Court of Appeals Rule 40 (b).**
    **The motion is hereby GRANTED.  Corker shall have until November 27, 2019 to file an application for discretionary appeal.**



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/07/2019*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*